**DENY; Opinion Filed January 23, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01522-CV

### IN RE FIREMAN EXCAVATING, INC., Relator

**Original Proceeding from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-03267**

## MEMORANDUM OPINION

Before Justices Schenck, Reichek, and Evans
Opinion by Justice Schenck

Before the Court is relator Fireman Excavating, Inc.'s December 11, 2019 petition for writ

of mandamus seeking relief from the trial court's December 9, 2019 Order Granting Plaintiffs'

Motion to Strike Defendant's Designation of Responsible Third Parties as to TXDOT.

To be entitled to mandamus relief, relator must show both that the trial court has clearly

abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*

*of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing the petition, the

mandamus record, real party's response, and relator's reply, we conclude relator has not shown it

is entitled to the relief requested. Accordingly, we deny relator's petition for writ of mandamus.

*See* Tex. R. App. P. 52.8(a) (the court must deny the petition if the court determines relator is not

entitled to the relief sought).

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

191522F.P05